UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Boards of Trustees, et al.                    :
                                              :
                    Plaintiffs,               :
                                              :
vs.                                           :          Case No. 2:13-CV-1028
                                              :          Magistrate Judge King
Keesh, Inc.                                   :
                                              :
                    Defendant.                :

## AGREED ORDER OF JUDGMENT

Upon agreement of the parties, the Plaintiffs, Boards of Trustees of the Ohio Laborers' Fringe Benefit

Programs, are hereby granted judgment against the Defendant, Keesh, Inc. in the amount of $2,378.72 in liquidated

damages and interest upon late fringe benefit contributions for the period October 1, 2012 through June 30, 2013.

SO ORDERED.


            *S/  Norah McCann King*
            UNITED STATES MAGISTRATE JUDGE


Approved:


            s/Steven L. Ball
Steven L. Ball (0007186)
Ball & Tanoury
1010 Old Henderson Road – Suite 1
Columbus, OH  43220
Telephone:        (614) 447-8550
Facsimile:        (614) 447-1673
Trial Attorney for Plaintiffs


            s/Patrick M. O'Neill
Patrick M. O'Neill (0062519)
Benjamin, Yocum & Heather, LLC
300 Pike Street, Suite 500
Cincinnati, Ohio  45202
513/721-5672
Trial Attorney for Defendant